JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CV 22-5192 FMO (SKx) |
| Plaintiff, | ) | |
| v. | ) | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| PERRY JAY GRIGGS, | ) | |
| Defendant. | ) | |

Pursuant to plaintiff the United States of America's Response to [OSC] (Dkt. 11), IT IS ORDERED that the above-captioned action is hereby dismissed without prejudice.

Dated this 15th day of February, 2023.

/s/
Fernando M. Olguin
United States District Judge